# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **MARK JOSEPH WATSON, SUI JURIS,** | § § | |
| *Plaintiff,* | § § | 6:19-CV-00626-ADA |
| v. | § § | |
| **BELL COUNTY TEXAS,** | § § | |
| *Defendant*. | § § | |

## FINAL JUDGMENT

In accordance with the Order Adopting Report and Recommendations of United States Magistrate Judge Jeffrey C. Manske [Dkt. 16], this Court enters its Judgment as follows:

**IT IS ORDERED** that the Defendant's Motion to Dismiss [Dkt. 7] is **GRANTED**, Plaintiff's claims are **DISMISSED**, and this case is **CLOSED**.

**IT IS FURTHER ORDERED** that all costs of court will be taxed against the party incurring the same.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this Judgment is **DENIED**.

SIGNED this 27th day of January, 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE